654 So.2d 965 (1995)
Donna D. SANSBURY, etc., et al., Appellants,
v.
CITY OF ORLANDO, a Florida Municipal Corporation, Appellee.
No. 94-1593.
District Court of Appeal of Florida, Fifth District.
April 13, 1995.
Rehearing Denied May 22, 1995.
Nina E. Vinik of the ACLU Foundation of Florida, Inc., Miami, Howard S. Marks, Winter Park, Robert W. Smith and Laura Jacobs, Orlando, for appellants.
David A. Spain, City Prosecutor, John R. Herin, Jr., Asst. City Prosecutor and Lee F. O'Brien, Asst. Police Legal Advisor, Orlando, for appellee.
Robert A. Butterworth, Atty. Gen., Tallahassee, and Michael J. Neimand, Asst. Atty. Gen., Miami, amicus curiae.
PER CURIAM.
AFFIRMED. See Bellotti v. Baird, 443 U.S. 622, 99 S.Ct. 3035, 61 L.Ed.2d 797 *966 (1979); Jones v. State, 640 So.2d 1084 (Fla. 1994).
COBB, GOSHORN and THOMPSON, JJ., concur.